## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **AARON PETRY** | § | **CIVIL ACTION NO. 24-1981** |
| | § | |
| *Plaintiff,* | § | |
| | § | **DISTRICT JUDGE** |
| **VS.** | § | |
| | § | |
| **VERSABAR INC., ET AL.** | § | **MAGISTRATE** |
| | § | |
| *Defendants.* | § | |
| | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, 9 U.S.C. § 203, and 205, Defendant, Shell International Exploration and Production Inc. ("SIEP"), hereby gives notice and removes this case to the United States District Court for the Southern District of Texas. Consent of the remaining Defendants to the principal action, Smart Fabricators of Texas, LLC, Precision Tension Solutions, LLC, Shell Offshore Inc., Shell USA, Inc. (formerly known as Shell Oil Company), Shell Global Solutions (US) Inc., Shell Exploration & Production Company, and Shell Nigeria Exploration and Production Company Limited are attached to this Notice as Exhibit A. SIEP represents the following in accordance with the requirement of 28 U.S.C. § 1446(a) for a "short and plain statement of the grounds for removal":

## TEXAS STATE COURT ACTION

1.

SIEP is a defendant in the matter styled "*Aaron Petry vs. Versabar, Inc., et. al.*," pending in the 281st Judicial District Court of Harris County, State of Texas and bearing Case No. 2021-68036 ("State Court Action").

2.

Plaintiff, Aaron Petry, filed his Original Petition on October 12, 2021, claiming personal injury as a result of an incident that occurred while working on a vessel off the coast of Nigeria. The defendants named in the Original Petition were Versabar, Inc., Sabine Base, LLC, Smart fabricators of Texas, LLC, Shell Offshore Inc., Shell Oil Company (now known as Shell USA, Inc.), and Telford Offshore Ltd.

3.

On March 25, 2022, Plaintiff filed his First Amended Petition, which substituted Telford Offshore FZE as a defendant for Telford Offshore Ltd.

4.

Plaintiff filed his Second Amended Petition on May 25, 2022, which added defendant Precision Tension Solutions, LLC.

5.

On February 2, 2023, Plaintiff filed his Third Amended Petition, which added defendant Shell International Exploration and Production Inc.

6.

The State Court dismissed Telford Offshore FZE as a defendant for lack of personal jurisdiction in Texas on February 14, 2023.

7.

Defendant, Smart Fabricators of Texas, LLC ("Smart Fab"), filed an Original Third-Party Petition against Versamarine, LLC and a Cross-Claim against Versabar, Inc. ("Versabar") on February 17, 2023 seeking defense and indemnity from both entities for the claims asserted against

it by Plaintiff. The Court denied Smart Fab's attempt to add Versamarine, LLC, but allowed its cross-claim against Versabar.

8.

Plaintiff settled with Versabar and Sabine-Base, LLC, and the court signed an Order granting Plaintiff's dismissal with prejudice of all claims against those entities on April 20, 2023. Versabar, therefore, remains in the case only as a cross-defendant for Smart Fab's cross-claim for defense and indemnity.[1]

9.

Plaintiff filed his Fourth Amended Petition on January 2, 2024, wherein three additional defendants, Shell Nigeria Exploration and Production Company, Shell Global Solutions (US) Inc., Shell Exploration & Production Company, were added to the case. Plaintiff's Fourth Amended Petition alleges that the Shell Defendants (i.e., SIEP, SNEPCO, SGS, SEPCO, SOI, and Shell USA) are all liable under theories of negligence and unseaworthiness as they were "part of a joint enterprise, joint venture and/or alter egos of one another." Plaintiff also claims that Smart Fab and Precision Tension were agents and joint venturers of the Shell Defendants. *See* Plaintiff's Fourth Amended Petition at ¶ 17, 18, 19, 20.

**REMOVAL IS TIMELY**

10.

This Notice of Removal is timely filed, as it is being filed before the trial of this matter as required by 9 U.S.C. § 205. Trial in the State Court Action is currently set for a two-week docket beginning on September 16, 2024.

---

[1]    Accordingly, consent from Versabar, Inc. is not required for purposes of removal under 28 U.S.C. § 1441(c)(2).

## VENUE IS PROPER IN THIS COURT

### 11.

Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a) and 9 U.S.C. § 205, as the United States District Court for the Southern District of Texas is the district in which the State Court Action is pending.

## BASIS FOR REMOVAL

### 12.

Pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "Convention"), 9 U.S.C. § 201, *et seq.*, this Court has original jurisdiction over this matter because it is an action "falling under" the Convention, which actions arise under the laws and treaties of the United States. "The district courts of the United States shall have original jurisdiction over such an action or proceeding, regardless of the amount in controversy." 9 U.S.C. § 203.

### 13.

Further, pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this matter because it arises under the laws of the United States, namely the Convention, 9 U.S.C. § 201, *et seq.*

### 14.

The Convention provides, in relevant part, that "[a]n arbitration agreement or arbitral award arising out of a legal relationship, whether contractual or not, which is considered as commercial, including a transaction, contract, or agreement described in section 2 of this title, falls under the Convention." 9 U.S.C. § 202.

15.

Here, Plaintiff claims he was injured while working on the Bonga Flex-Joint Replacement project in relation to the Bonga Floating Production Offloading and Storage Unit ("Bonga FPSO"), an offshore oil storage facility owned by the Nigerian National Petroleum Corporation Limited and located off the coast of Nigeria. SNEPCo, a Nigerian oil and gas production company organized under the laws of Nigeria and headquartered in Lagos, Nigeria, contracted with Raytheon Energy Limited ("Raytheon"), a company incorporated and based in Nigeria, who then contracted with several contractors, including the Plaintiff's employer, who performed the repair work on the Bonga FPSO.

16.

SIEP performed limited Technical Assistance services as an independent consultant and in an advisory capacity to SNEPCo related to the Bonga Flex Joint Replacement project. SIEP's consultant work for SNEPCo on this project was performed through two separate contracts. The first is the E&P Service and Coordination Agreement between SIEP and Shell International Exploration and Production B.V. ("SIEP BV"), attached hereto as Exhibit B.  The second is the E&P Service Agreement between SIEP BV and SNEPCo, attached as Exhibit C.

17.

Both the E&P Service and Coordination Agreement and E&P Service Agreement contain foreign arbitration agreements that require "any dispute" arising in connection with the activities contemplated under those agreements, including tort claims, or application of any provision therein

to be "finally and exclusively settled by arbitration in The Hague, the Netherlands, under the UNCITRAL Rules of Arbitration . . . ."[2] *See* Exhibit B, Article 13.1; Exhibit C Article 23.1.

18.

Accordingly, under 9 U.S.C. § 202, those arbitration agreements "fall under" the Convention, and this Court has original jurisdiction over this matter under 9 U.S.C. § 203.

19.

Further, the arbitration agreements in the E&P Service and Coordination Agreement and the E&P Service Agreement provide a defense to the Plaintiff's claims asserted in the State Court action against the various Shell entities named as defendants, including SIEP and SNEPCo, and, therefore, the subject matter of the State Court Action "relates to" those arbitration agreements. *See* 9 U.S.C. § 205.

20.

Thus, this matter is removable under 9 U.S.C. § 205 and 28 U.S.C. § 1441 in that it is a civil action where the subject matter of the State Court Action relates to an arbitration agreement falling under the Convention, which arises under the laws of the United States and which the United States District Court for the Southern District of Texas has original subject matter jurisdiction under 9 U.S.C. § 203 and 28 U.S.C. § 1331.

21.

SIEP hereby removes this action to the United States District Court for the Southern District of Texas.

---

[2]     The Netherlands is a signatory to the Convention.  *See* https://uncitral.un.org/en/texts/arbitration/Conventions/foreign_arbitral_awards/status2.

**OTHER MATTERS**

22.

Pursuant to SDTX LR81 and 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, orders signed by the state judge, the docket sheet, an index of matters being filed, (collectively Exhibit D), and a list of all counsel of record is attached as Exhibit E.

23.

As stated above, while written consent of all defendants is not required for removal under 9 U.S.C. § 205, out of an abundance of caution, the written consent to this removal on behalf of the remaining defendants to the principle action, Smart Fabricators of Texas, LLC, Precision Tension Solutions, LLC, Shell Offshore Inc., Shell USA, Inc. (formerly known as Shell Oil Company), Shell Global Solutions (US) Inc., Shell Exploration & Production Company, and Shell Nigeria Exploration and Production Company Limited, is attached as Exhibit A.

24.

The allegations of this Notice were true as of the date of filing of this Notice of Removal.

25.

Undersigned counsel certifies that a notice of filing of removal, along with a copy of this Notice of Removal, will be promptly filed with the 281st Judicial District Court of Harris County, Texas and served on all counsel of record.

WHEREFORE, Shell International Exploration and Production Inc. hereby removes this action to the United States District Court for the Southern District of Texas.

Respectfully submitted:

*/s/ Alexander J. Baynham (by permission of*
*attorney-in charge)*
MICHAEL P. CASH
Attorney-in-Charge
Texas Bar No. 03965500
Fed. ID. No. 5472
LISKOW & LEWIS
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900

OF COUNSEL:

ALEXANDER J. BAYNHAM
Texas Bar No. 24130905
Fed. ID. No. 3859082
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979

AND

STACEY T. NORSTRUD
State Bar No. 24025363
Federal ID No. 32013
**KEAN MILLER LLP**
711 Louisiana Street, Ste 1800 South Tower
Houston, Texas 77002
Telephone: (713) 844-3000
F: (713) 651-2908

AND

BRADLEY J. SCHLOTTERER
La. Bar No. 24211 (*pro hac* forthcoming)
ZOE VERMEULEN
La. Bar No. 34804
Federal ID No. (*pro hac* forthcoming)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112

-8-

Telephone: (504) 585-3050

*Attorneys for Shell International Exploration &
Production Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 24, 2024, a copy of the foregoing pleading was (1) filed electronically with the Clerk of Court using the CM/ECF system with notice being sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system, and (2) sent by United States mail, postage prepaid, to counsel for the plaintiff and filed with the Clerk of Court for the 281st Judicial District Court of Harris County.

<u>*/s/ Alexander J. Baynham (by permission of
attorney-in-charge)*</u>